UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TYRA FERNANDEZ | * | CIVIL ACTION |
| VERSUS | * | NO. |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | * | SECTION |
| CBS CORPORATION AND GORDON LONSDALE | * | JUDGE |
| | * | MAGISTRATE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF REMOVAL**

**NOW INTO COURT**, through undersigned counsel, come the defendants, CBS Corporation and Travelers Property Casualty Company of America, who file this Notice of Removal and request that this cause of action, which is pending in the Civil District Court for the Parish of Orleans, State of Louisiana, No. 2016-03428 Div. M-13, be removed to the United States District Court for the Eastern District of Louisiana, on the basis of diversity of citizenship and the potential that the plaintiff's claim may exceed the threshold amount of $75,000.00.

I.

On April 11, 2016, plaintiff filed her Petition for Damages against Gordon Lonsdale, CBS Corporation and Travelers Property Casualty Company of America, as a result of alleged injuries she suffered in a motor vehicle accident that occurred on April 13, 2015.  (*See* Petition for Damages, Exhibit A) At the time of the alleged collision, Mr. Lonsdale was working for CBS Corporation and CBS was insured by Travelers Property Casualty Company of America.

II.

Plaintiff, Tyra Fernandez, is a citizen of the State of Louisiana. Defendant, Gordon Lonsdale, is a citizen of the State of Utah. Defendants distinctly and affirmatively allege that CBS Corporation's place of incorporation is New York, New York, and its principal place of business is New York, New York. CBS Corporation is therefore a citizen of the State of New York. Defendants distinctly and affirmatively allege that Travelers Property Casualty Company of America's place of incorporation is Hartford, Connecticut, and its principal place of business is Hartford, Connecticut. Travelers Property Casualty Company of America is therefore a citizen of the State of Connecticut.

III.

Process was served upon CBS Corporation through the CT Corporation on April 21, 2016. Process was served upon Travelers Property Casualty Company of America through the Louisiana Secretary of State on April 22, 2016. (*See* Exhibits B and C) Mr. Lonsdale has not been served to date; however, once served he will be represented by undersigned counsel.

III.

Initially, this accident was believed to be minor as the property damage consisted of a dent to the rear driver's side of the plaintiff's vehicle and no injuries were reported at the scene. Although plaintiff did start treatment for her alleged injuries, it was not until January 25, 2017, that defendants learned that her claim may exceed the threshold amount of $75,000.00. (*See* Exhibit D)

IV.

On January 25, 2017, defendants received plaintiff's answers to discovery where it was revealed that she continued to treat for her injuries and that on October 11, 2016 she had

2

undergone a cervical discectomy, bilateral decompression of cervical nerve roots and spinal cord, and anterior interbody fusion at C5-6 performed by Dr. Erich Richter at Omega Hospital. The records produced indicate that plaintiff has continuing pain and other comorbidity symptoms that are still being treated by Dr. Richter. (*See* Exhibit D: Answers to Interrogatory No. 12 and Request for Production No. 4 which refer to her medical records. See the reports from Dr. Richter and Omega Hospital)

V.

Pursuant to La. Code of Civil Procedure Art. 893, plaintiff is not required, nor is she permitted, to specify in her lawsuit the amount of damages sought. However, the information defendants recently received on the treatment being provided to plaintiff in this case, indicates that her claim may exceed the threshold amount of $75,000.00.

VI.

As a result, this Honorable Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 in that the plaintiffs and defendants are diverse, and the amount in controversy exceeds $75,000.00.

VII.

This action is removable pursuant to the provisions of 28 U.S.C. § 1441 in that it is a civil action brought in a State court on which the district courts of the United States have original jurisdiction.

VIII.

The Notice of Removal is being filed within thirty (30) days of the receipt by petitioners of papers from which they ascertained that the case has become removable in accordance with 28 U.S.C. § 1446(b)(3).

IX.

Petitioners will promptly serve written notice of the filing of this Notice of Removal on the plaintiffs and a copy of this Notice for Removal will be filed with the Clerk of Civil District Court for the Parish of Orleans, State of Louisiana.

**WHEREFORE**, defendants, CBS Corporation and Travelers Property Casualty Company of America, pray for removal of the above numbered and entitled cause of action from Civil District Court for the Parish of Orleans, State of Louisiana, to this, United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

**WALLER & ASSOCIATES**

  /s/ Stephanie McLaughlin
**STEPHANIE McLAUGHLIN - LSBA #30929**
3838 N. Causeway Boulevard, Suite 3160
Metairie, Louisiana  70002
Telephone:  (504) 832-7630
Facsimile: (855) 833-4259
Email: smclaug6@travelers.com
*Attorney for CBS Corporation and Travelers Property Casualty Company of America*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 3rd day of February, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage pre-paid.

      /s/ Stephanie McLaughlin
**STEPHANIE McLAUGHLIN**