CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO.: 16-3028    DIVISION "  "   SECTION:
                    M-13

TYRA FERNANDEZ

VERSUS

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,
CBS CORPORATION AND GORDON LONSDALE

FILED_____    _____
                                    DEPUTY CLERK

## PETITION FOR DAMAGES

Petitioner, **TYRA FERNANDEZ**, is a full age resident of the Parish of Orleans, State of Louisiana, who respectfully represent:

I.

That defendant, **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**, is a foreign insurance corporation, organized and chartered under the laws of a state other than Louisiana, but authorized to do and doing business in the State of Louisiana; that defendant **CBS CORPORATION**, is a foreign corporation, organized and chartered under the laws of a state other than Louisiana, but authorized to do and doing business in the State of Louisiana; and that defendant **GORDON LONSDALE**, is a full age resident of the city of Scarborough, State of Maryland.

II.

That defendants are justly and truly indebted unto petitioner for such damages as are reasonable under the circumstances together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, for the following to-wit:

III.

On or about April 13, 2015, petitioner TYRA FERNANDEZ, was traveling on Felicity Street in Orleans Parish when suddenly and without warning, defendant GORDON LONSDALE ran a stop sign and collided with the driver's side of TYRA FERNANDEZ'S vehicle causing her severe injuries.

IV.

That the accident and injuries sued upon herein resulted from the gross and wanton negligence of defendant, GORDON LONSDALE, which said acts of negligence, among others to be shown at the time of trial, are as follows:



A. Failing to see what he should have seen;

B. Failing to keep a proper lookout;

C. Failing to stop or swerve his vehicle or to perform any other act or deed in order to avoid the accident sued upon herein;

D. Recklessness;

E. Inattention;

F. Running a stop sign;

G. Violating the rules of the road and, more particularly, the Motor Vehicle Laws of the Parish of Orleans, State of Louisiana, which are all pled herein by reference;

H. Any and all other acts of negligence which may be proven at the time of trial.

V.

That as a result of the above negligence, petitioner sustained the following injuries:

A. Post - traumatic headaches;

B. Cervical strain;

C. Lumbar strain;

D. Emotional upset and distress.

VI.

Petitioner itemizes her damages as follows:

Past, present and future medicine, drugs, hospitalization, medical care, loss wages, loss of wage earnings capacity, pain and suffering, residual disabilities, mental anguish, attendant care, emotional upset, property damage and other psychological sequelae.

Petitioner prays for those damages that are just and reasonable under the facts and circumstances of this case.

VII.

That at the time of the accident sued upon herein, the said defendant, GORDON LONSDALE, was employed by defendant, CBS CORPORATION., and was acting in the course and scope of his employment with CBS CORPORATION and therefore, pursuant to the doctrine of *respondeat superior*, his negligence, enumerated above, is imputed to his said employer, CBS CORPORATION, rendering it liable to the plaintiff as well.

VIII.

That at the time of the accident, defendant, CBS CORPORATION and GORDON

2

LONSDALE, were insured by defendant, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA.

IX.

That the defendant, CBS CORPORATION is legally responsible for the negligent and tortious conduct of its employee and/or agent, GORDON LONSDALE, operating his vehicle in the course and scope of his employment and/or agency at the time of the accident sued upon herein.

WHEREFORE, petitioner prays that defendants be duly cited to appear and answer this petition, that they be served with a copy of same, and after all legal delays and due proceedings had, there be judgment in favor of petitioner, TYRA FERNANDEZ, and against defendants, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, CBS CORPORATION and GORDON LONSDALE, jointly and *in solido*, for such damages as are reasonable and just under the circumstances, together with legal interest thereon, from the date of judicial demand until paid, and for all costs of these proceedings, and for all general and equitable relief.

Respectfully submitted:

CHRISTOPHER M. RODRIGUEZ, APLC (27866)
MICHAEL I. RODRIGUEZ SR., ESQ (10884)
833 Baronne Street
New Orleans, LA 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954

**PLEASE SERVE:**

**Travelers Property Casualty Company of America**
through its agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**CBS CORPORATION**
through its agent for service of process:
C T CORPORATION SERVICES
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**Gordon Lonsdale**
through the Louisiana Long Arm Statute
3 Pine Ledge Dr
Scarborough, ME 04074

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

3