UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TYRA FERNANDEZ | * | CIVIL ACTION NO. 2017-00973 |
| | * | |
| VERSUS | * | SECTION L(1) |
| | * | |
| TRAVELERS PROPERTY CASUALTY | * | |
| COMPANY OF AMERICA, | * | JUDGE ELDON E. FALLON |
| CBS CORPORATION AND | * | |
| GORDON LONSDALE | * | MAGISTRATE JANIS VAN MEERVELD |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ACCEPTANCE OF OFFER OF JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiff, TYRA FERNANDEZ, and Defendants, CBS Corporation, Gordon Lonsdale, Danni Productions LLC and Travelers Property Casualty Company of America , who, submit that Plaintiff has accepted Defendants' December 15, 2018 Offer of Judgement.

Respectfully submitted,

DUPLASS, ZWAIN, BOURGEOIS,
PFISTER, WEINSTOCK & BOGART

_____
JOSEPH G. GLASS #25397
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 324-0676
jglass@duplass.com
**Counsel for Defendants, CBS Corporation, Gordon Lonsdale, Danni Productions LLC and Travelers Property Casualty Company of America**

And

/s/ Chris Rodriguez
_____
Christopher M. Rodriguez (#27866)

01706055-1                                      1

Michael I. Rodriguez, Sr. (#10884)
833 Baronne Street
New Orleans, LA 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954
Email: cmrodriguez@kehoejr.com
Email: mrodri6819@aol.com
**Attorneys for Plaintiff, Tyra Fernandez**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

s/Joseph G. Glass
_____
JOSEPH G. GLASS